122 A.3d 1035

**Johnuall BENDER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 88 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 18, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of September, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282 (2010) (providing that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.